AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-mj-346 |
| Majed Talat Hajbeh | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                              .

Date: 12/11/2020

/s
*Attorney's signature*

Danya E. Atiyeh, VA Bar No. 81821
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
*Address*

danya.atiyeh@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 837-8242
*FAX number*