IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

MAJED TALAT HAJBEH,
a/k/a "Abu Khaled"

*Defendant.*

Case No. 1:20-mj-346

### NOTICE OF INTENT TO USE
### FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States hereby provides notice to the defendant, Majed Talat Hajbeh,

and to the Court that, pursuant to Title 50, United States Code, Section 1825(d), the

United States intends to offer into evidence, or otherwise use or disclose in any

proceedings in the above-captioned matter, information obtained or derived from

physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978

(FISA), as amended, 50 U.S.C. § 1821-1829.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:     __/s/_____
Danya E. Atiyeh
James P. Gillis
Seth Schlessinger
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia

2100 Jamieson Avenue
Alexandria, VA 22314
Phone:   (703) 299-3700
Email:  danya.atiyeh@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

          /s/_____
Danya E. Atiyeh
Va. Bar No. 81821
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700 (telephone)
(703) 299-3982 (fax)
danya.atiyeh@usdoj.gov

-3-